IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| METROPOLITAN ST. LOUIS EQUAL HOUSING OPPORTUNITY COUNCIL, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:07-CV-04114-NKL ) |
| JEFFREY TILLMAN, et al., | ) ) ) |
| Defendants. | ) |

### JUDGMENT AND ORDER APPROVING SETTLEMENT AGREEMENT

The Court is aware that the parties have entered into a settlement agreement. A motion to approve the settlement agreement has been filed as Doc. 65. The Court finds that the settlement agreement is reasonable and approves the same. It is, therefore,

ORDERED, that the settlement agreement of the parties is approved and the parties are directed to perform their obligations under it. It is, further,

ORDERED, that plaintiff's claims against all defendants are hereby dismissed, with prejudice. It is, further,

ORDERED, that the Court retains jurisdiction over the pending cross-claims of the defendants because they have not been resolved by this agreement, and the Court retains jurisdiction to enforce the settlement agreement.

It is so ORDERED.

Dated: June 17, 2008

S/ NANETTE K. LAUGHREY
Nanette K. Laughrey,
U.S. District Judge